G. David Roderick, Plaintiff *pro se*
Post Office Box 1653
Cheyenne, WY 82003-1653
Voice (307) 635-2214
Fax (307) 635-2483
E-mail: droderick@bresnan.net

Arthur J. Muir, Plaintiff *pro se*
620 West Prosser Road, Lot D
Cheyenne, WY 82007
Voice (315) 380-2173
Fax (307) 316-0302
E-mail: arthur.muir936@gmail.com
**FOR THE PLAINTIFFS**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 05 2010

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **GERALD DAVID SHUPE-RODERICK,** and **ARTHUR J. MUIR, JR.** ) ) ) | **1 0 C V 0 0 6 3** |
| Plaintiffs, ) ) ) | **DOCKET NO.** CV- |
| vs. ) ) ) | |
| **BANK OF AMERICA, ANNA NUNEZ,** and **JOHN AND JANE DOES 1 THROUGH 10,** ) ) ) | |
| Defendants. ) | |

## CIVIL COMPLAINT

**COMES NOW**, Plaintiff Gerald David Shupe-Roderick (hereinafter "G. David Roderick") and Arthur J. Muir, *pro se*, and for his Complaint against the Defendants' states and alleges as follows:

## PARTIES AND JURISDICTION

1. Plaintiff, G. David Roderick is, and was so at all times relevant to this Complaint a resident of Laramie County, Wyoming.

2. Plaintiff, Arthur J. Muir is, and was so at all times relevant to this Complaint a resident of Laramie County, Wyoming.

3. Defendant, Bank of America is, and was so at all times relevant to this Complaint a corporation doing business in the State of Wyoming.

4. Defendant, Anna Nunez is, and was so at all times relevant to this Complaint a resident of Elko County, Nevada.

5. Defendants, John and Jane Does 1 through 10, are employees of Bank of America and their identities are currently unknown to the Plaintiffs'. However, their identities will be discovered during the discovery process.

6. The amount in controversy exceeds the jurisdictional minimum of this Court and venue in the United States District Court for the District of Wyoming is proper because the acts or omissions that form the basis for Plaintiff's claims occurred entirely within this district.

## BACKGROUND FACTS

7. Plaintiff, G. David Roderick (Plaintiff Roderick) opened a checking account with Bank of America on or about February 24, 2010, wherein Defendant Bank of America assigned account number 229034774756.

8. Plaintiff, Arthur J. Muir, Jr. (Plaintiff Muir) assigned his personal income tax refund to Plaintiff Roderick on February 04, 2010 and signed a release for the Internal Revenue Service on February 04, 2010. *(See attached Exhibit 1).*

9. On or about February 25, 2010, Plaintiff Roderick and Plaintiff Muir submitted Plaintiff Muir's 2009 personal tax return to the Internal Revenue Service and in that return,

.

Plaintiff Muir requested that the Internal Revenue Service deposit his refund into Plaintiff Roderick's personal account. *(See attached Exhibit 2).*

10. On or about March 03, 2010 Plaintiff Roderick received a letter from Defendant Bank of America that indicated his (Plaintiff Roderick) personal account was closed by Defendant Bank of America's Risk Management Department.

11. Upon learning of the account closure, Plaintiff Roderick and Plaintiff Muir contacted the Internal Revenue Service in an attempt to modify the direct deposit information and advised the Internal Revenue Service that the account was closed. The Internal Revenue Service advised Plaintiff Roderick and Plaintiff Muir that it was too late to change the refund method and that Bank of America would reject the deposit immediately and the funds would be issued in the form of a paper check.

12. On or about March 26, 2010, Plaintiff Muir contacted Plaintiff Roderick and stated that the funds were electronically deposited with Defendant Bank of America. After some discussion, Plaintiff Roderick telephoned Defendant Bank of America and it was confirmed that the funds were posted to Plaintiff Roderick's account, in the amount of $5,107.00.

13. Defendant Bank of America advised Plaintiff Roderick that the funds would not be available for 48 hours, which would have then been Monday, March 29, 2010. Defendant Bank of America stated that this was due to the account having been closed prior to their having accepted the deposit.

14. On Monday, March 29, 2010 at or about 11:43 hours, Plaintiff Roderick again contacted Defendant Bank of America and discussed the situation with Defendant Bank of America. Defendant Bank of America stated that the funds were available but that Plaintiff Roderick would need to personally go into a local banking center with two forms of identification.

15. Upon investigation, Plaintiff Roderick learned that the nearest Bank of America location was located on Idaho Street in Elko, Nevada. The Plaintiff then confirmed, once again by calling Defendant Bank of America, that the funds were available. The representative stated that the funds were available.

16. On March 29, 2010, Plaintiff Roderick drove the 362 miles from Salt Lake City, Utah to Elko, Nevada to withdraw the funds from the Bank of America at that location. Upon arriving to the location, Plaintiff Roderick spoke to Defendant Anna Nunez, who is the Vice President of Bank of America.

17. Defendant Nunez accessed Plaintiff Roderick's account and made a series of phone calls to another Bank of America. Upon completion of these calls, Defendant Nunez stated that the funds would not be available until the morning of Tuesday, March 30, 2010. Plaintiff Roderick calmly explained to Defendant Nunez how far he (Roderick) had traveled and voiced that he (Roderick) was frustrated. Defendant Nunez assured Plaintiff Roderick that the funds would be available the following day, Tuesday, March 30, 2010.

18. On Tuesday, March 30, 2010 at or about 12:09 hours, Plaintiff Roderick called Defendant Nunez's office to inquire of the status of the release of the funds. Plaintiff Roderick was advised by a "Dana" at the Elko, Nevada Bank of America that Defendant Nunez was going to be in "meetings all day." Plaintiff Roderick then explained the situation to Dana and Dana stated that she would "make some phone calls."

19. On March 30, 2010, several phone calls were exchanged between Plaintiff Roderick and Defendant Bank of America and between Plaintiff Muir and Defendant Bank of America. Ultimately, the funds were not released and those phone calls were fruitless.

20. On March 30, 2010, Dana with Defendant Bank of America requested that Plaintiff Roderick fax a copy of the release forms signed by Plaintiff Muir. Plaintiff Roderick immediately faxed those documents to Defendant Bank of America. *(See attached Exhibit 3)*.

21. On March 30, 2010, Plaintiff Roderick faxed a letter of intent to Defendant Nunez that stated Plaintiff Roderick and Plaintiff Muir would in fact take legal action against Defendant Nunez, Bank of America and all involved parties if the refund was not processed and released. *(See attached Exhibit 4).*

22. Plaintiff Roderick and Plaintiff Muir again contacted Bank of America on April 02, 2010 and requested that the funds be released. Bank of America stated that they would release the funds *only if Plaintiff Roderick and Plaintiff Muir came into a Bank of America location.* However, there are **NO BANK OF AMERICA LOCATIONS IN WYOMING, COLORADO OR UTAH**.

## COUNT 1: UNLAWFUL WITHHOLDING OF CONSUMER FUNDS

24. Defendant Bank of America and its employees, agents and departments have received funds payable to Plaintiff Roderick and have refused to release those funds.

25. Plaintiff Roderick owes no debts or liabilities to Defendant Bank of America and the withholding of funds is unconstitutional and a violation of Federal banking practices.

26. No fraud or illegal activity has been committed with regard to this transaction or any other transaction.

27. Proper affidavits and documentation has been submitted to Defendants Bank of America and Nunez by Plaintiff Roderick and Plaintiff Muir that indicates Plaintiff Muir requested that this deposit be made to Plaintiff Roderick.

## COUNT 2: WILLFUL AND MALICIOUS CONDUCT

28. Defendant Bank of America and its employees, agents and departments have been neglectful in handling this matter.

29. Defendant Roderick has been damaged by Defendants' conduct in that Court-ordered obligations have not been satisfied as a result of this conduct.

30. Defendant Muir is facing possible eviction proceedings due to the Defendants' conduct. By Defendant Bank of America withholding these funds, Plaintiff Muir has been unable to pay his rent.

31. Defendant Muir is now unable to operate his personal vehicle due to the fact that his licensing tags have expired. Defendant Muir was unable to pay these costs due to the withholding of said funds by Defendant Bank of America.

**WHEREFORE**, the Plaintiffs' pray as follows:

1. For judgment in favor of the Plaintiff G. David Roderick in the amount of $25,000.00 to compensate him for his personal injuries, and such other compensatory damages which the Court or a jury may properly award in accordance with the evidence at the trial of this matter;

2. For judgment in favor of the Plaintiff Arthur J. Muir in the amount of $5,107.00 to compensate him for his personal injuries, and such other compensatory damages which the Court or a jury may properly award in accordance with the evidence at the trial of this matter;

3. For punitive damages against the Defendants in an amount sufficient to punish him for his malicious, willful and wanton conduct, to publicly condemn his actions and to serve as a warning and deterrent to others similarly situated, which such amount shall not be less than $10,000.00; and

4. For Plaintiff's costs in bringing this action, including but not limited to, his reasonable attorneys fees, process of service fees, filing fees and such other and further relief as the Court may deem appropriate under the circumstances.

**DATED** this 26th day of April, 2010.

G. David Roderick, Plaintiff *pro se*
Post Office Box 1653
Cheyenne, WY 82003-1653
Voice (307) 635-2214
Fax (307) 635-2483
E-mail: droderick@bresnan.net

Arthur J. Muir, Plaintiff *pro se*
620 West Prosser Road, Lot D
Cheyenne, WY 82007
Voice (315) 380-2173
Fax (307) 316-0302
E-mail: arthur.muir936@gmail.com

# EXHIBIT 1

# RODERICK AND MUIR

# VS.

# BANK OF AMERICA, ET AL.

# IRS RELEASE FORM

# MUIR

# RODERICK ERVIN INVESTMENT GROUP

**DAVID S. RODERICK**, Chief Executive Officer
**STEVEN R. ERVIN**, Executive Director
**JO ANN EVANS**, Deputy Director

**CORPORATE OFFICE**
Post Office Box 1653
Cheyenne, WY 82003-1653

**FIELD OFFICE**
Post Office Box 1064
Rawlins, WY 82003-1064

**VOICE** (888) 345-1311    **FACSIMILE** (888) 635-3575    **E-MAIL** roderickervin@aim.com

*Reply to: Corporate Office*

## MEMORANDUM

**TO:**

Internal Revenue Service
Wyoming Service Center
5045 East Butler
Fresno, CA 93888-0014

**FROM:**

| | | |
|---|---|---|
| **NAME:** | Arthur J. Muir | **DOB:** December 23, 1985 |
| **SS#:** | 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 | **ACCT:** |

**DATE:** February 04, 2010

**SUBJECT:**    2009 Tax Year Refund

**RELEASE TO:** Roderick Ervin Investment Group
Post Office Box 1653
Cheyenne, WY 82003

YOU ARE HEREBY AUTHORIZED AND DIRECTED to furnish and release to RODERICK ERVIN
INVESTMENT GROUP, 1412 South Greeley Highway, Cheyenne, WY 82007, or its delegate, my full and
complete tax return for the tax year 2009. My tax return may be direct deposit into their business account at Western
Vista Federal Credit Union, Cheyenne, Wyoming or a paper check may be mailed to them at their address.

ARTHUR J. MUIR

2-9-10
DATE

**STATE OF WYOMING**          )
                             ) ss.
**COUNTY OF LARAMIE**          )

Subscribed and sworn to before me, a Notary Public, on this _9th_ day of February, 2010, by ARTHUR J.
MUIR.

NOTARY PUBLIC          My Commission Expires: 10/15/ 2013

# EXHIBIT 2

# RODERICK AND MUIR

# VS.

# BANK OF AMERICA, ET AL.

## 2009 TAX RETURN

## MUIR

| Form **1040** | Department of the Treasury - Internal Revenue Service **U.S. Individual Income Tax Return** | 20**09** | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1- Dec. 31, 2009, or other tax year beginning , 2009, ending , 20

OMB No. 1545-0074

**Label** (See inst on pg 14.)
**Use the IRS label.**
Otherwise, please print or type.

ARTHUR J MUIR JR
620 WEST PROSSER ROAD LOT D
CHEYENNE, WY 82007

**Your social security number**
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

**Spouse's social security number**

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶   ☐ You   ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name below. ▶
4 ☒ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

If more than four dependents, see page 17 and check here ▶ ☐

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a .
b ☐ Spouse .

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|
| CATHERINE MUIR | 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 | OTHER | |
| BIANCA GARNER | 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 | DAUGHTER | ☒ |

Boxes checked on 6a and 6b   **1**
No. of children on 6c who:
● lived with you   **1**
● did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above   **1**
Add numbers on lines above ▶   **3**

d Total number of exemptions claimed .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 306. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 22) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23). | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 13,000. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . 15a | b Taxable amt | 15b | |
| 16a | Pensions and annuities . 16a | b Taxable amt | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F. | 18 | |
| 19 | Unemployment compensation in excess of $2,400 per recipient . | 19 | |
| 20a | Social security benefits . 20a | b Taxable amt (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 13,306. |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 29) . | 23 | | |
|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889. | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE. | 27 | 919. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | | |
| 29 | Self-employed health insurance deduction (see page 30) . | 29 | | |
| 30 | Penalty on early withdrawal of savings . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction (see page 31). | 32 | | |
| 33 | Student loan interest deduction (see page 34) . | 33 | | |
| 34 | Tuition and fees deduction. Attach Form 8917. | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . | 35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 919. | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income**. ▶ | 37 | 12,387. | |

**KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 97.**   Form **1040** (2009)

1040 (2009)   FD1040-1WV 1.25

Form 1040 (2009)  **ARTHUR J MUIR JR**                          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 Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | **38** Amount from line 37 (adjusted gross income) . . . . . . . . | **38** | 12,387. |

**39a** Check ☐ You were born before January 2, 1945, ☐ Blind. **Total boxes**
if: ☐ Spouse was born before January 2, 1945, ☐ Blind. checked ▶ **39a**

**b** If your spouse itemizes on a separate return or you were a dual-status alien, see pg 35 & check here ▶ **39b** ☐

**Standard Deduction for -**
- People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see page 35.
- All others:
Single or Married filing separately, $5,700
Married filing jointly or Qualifying widow(er), $11,400
Head of household, $8,350

| | | |
|---|---|---|
| **40a** Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) . | **40a** | 8,350. |
| **b** If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) ▶ **40b** ☐ | | |
| **41** Subtract line 40a from line 38 . . . . . . . . . . . . | **41** | 4,037. |
| **42** Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 . . | **42** | 10,950. |
| **43** Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . | **43** | 0. |
| **44** Tax (see page 37). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 . . | **44** | 0. |
| **45** Alternative minimum tax (see page 40). Attach Form 6251 . . . . . . | **45** | |
| **46** Add lines 44 and 45 . . . . . . . . . . . . . . ▶ | **46** | 0. |
| **47** Foreign tax credit. Attach Form 1116 if required . . . . **47** | | |
| **48** Credit for child and dependent care expenses. Attach Form 2441 **48** | | |
| **49** Education credits from Form 8863, line 29 . . . . **49** | | |
| **50** Retirement savings contributions credit. Attach Form 8880 . **50** | | |
| **51** Child tax credit (see page 42) . . . . . . **51** | | |
| **52** Credits from Form: **a** ☐ 8396 **b** ☐ 8839 **c** ☐ 5695 **52** | | |
| **53** Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ **53** | | |
| **54** Add ln 47 through 53. These are your **total credits** . . . . . . . | **54** | |
| **55** Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . ▶ | **55** | 0. |

| | | |
|---|---|---|
| **Other Taxes** | **56** Self-employment tax. Attach Schedule SE . . . . . . . . | **56** | 1,837. |
| | **57** Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | **57** | |
| | **58** Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . | **58** | |
| | **59** Additional taxes: **a** ☐ AEIC payments **b** ☐ Household employment taxes. Attach Schedule H | **59** | |
| | **60** Add lines 55 through 59. This is your **total tax** . . . . . . . . ▶ | **60** | 1,837. |

| | | | |
|---|---|---|---|
| **Payments** | **61** Federal income tax withheld from Forms W-2 and 1099 . . | **61** | 1. | |
| | **62** 2009 estimated tax payments and amount applied from 2008 return | **62** | | |
| If you have a qualifying child, attach Schedule EIC. | **63** Making work pay and government retiree credits. Attach Sch M | **63** | 400. | |
| | **64a** Earned income credit (EIC) . . . . . . | **64a** | 3,043. | |
| | **b** Nontaxable combat pay election ▶ **64b** | | | |
| | **65** Additional child tax credit. Attach Form 8812 . . | **65** | 1,000. | |
| | **66** Refundable education credit from Form 8863, line 16 . . | **66** | | |
| | **67** First-time homebuyer credit. Attach Form 5405 . . | **67** | 2,500. | |
| | **68** Amount paid with request for extension to file (see page 72). | **68** | | |
| | **69** Excess social security and tier 1 RRTA tax withheld (see page 72) | **69** | | |
| | **70** Credits from Form: **a** ☐ 2439 **b** ☐ 4136 **c** ☐ 8801 **d** ☐ 8885 | **70** | | |
| | **71** Add lines 61, 62, 63, 64a, and 65 through 70. These are your **total payments** . . ▶ | **71** | 6,944. | |

| | | |
|---|---|---|
| **Refund** Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | **72** If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** . . | **72** | 5,107. |
| | **73a** Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here . ▶ ☐ | **73a** | 5,107. |
| | ▶ **b** Routing number 063100277 ▶ **c** Type: ☒ Checking ☐ Savings | | |
| | ▶ **d** Account number 229034774756 | | |
| | **74** Amount of line 72 you want applied to your 2010 estimated tax ▶ **74** | | |

| | | |
|---|---|---|
| **Amount You Owe** | **75** Amount you owe. Subtract line 71 from line 60. For details on how to pay, see page 74 . . ▶ | **75** | |
| | **76** Estimated tax penalty (see page 74) . . . . . . **76** | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see page 75)? ☒ **Yes.** Complete the following. ☐ No

Designee's name ▶ DAVID RODERICK   Phone no. ▶ (307) 635-2214   Personal ID number (PIN) ▶ 12177

**Sign Here**
Joint return? See page 15. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _[signature]_   Date 2-4-10   Your occupation CUSTOMER SERVIC   Daytime phone number

Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶   EIN   Phone no.

Form **1040** (2009)

# EXHIBIT 3

# RODERICK AND MUIR

# VS.

# BANK OF AMERICA, ET AL.

# FACSIMILE TRANSMISSION FORM

# RODERICK

<table>
</table>

**TORRINGTON OFFICE**
Post Office Box 9998
Torrington, WY 82240-9998
Voice (307) 534-5430
Facsimile (307) 316-0302
E-mail: reig@bresnan.net

**CORPORATE OFFICE**
Post Office Box 1653
Cheyenne, WY 82003-1653
Voice (307) 635-2214
Facsimile (307) 635-2483
E-mail: reig@bresnan.net

**RAWLINS OFFICE**
Post Office Box 1064
Rawlins, WY 82301-1064
Voice (307) 324-8828
Facsimile (307) 324-8496
E-mail: reig@bresnan.net

**UTAH OFFICE**
2186 West 3100 South, Suite 9
West Valley City, UT 84119
Voice (801) 972-5009
Facsimile (801) 972-1859
E-mail: reig@bresnan.net

***Reply to Utah Office***

## FAX TRANSMITTAL FORM

| TO: | Dana | | FROM: | Gerald Shupe-Roderick |
|---|---|---|---|---|
| COMPANY: | Bank of America - Elko, NV | | DATE: | March 30, 2010 |
| CC: | | | PAGES: | 08, including cover |
| PHONE: | (775) 748-5900 | | | |
| FAX: | (775) 748-5916 | | | |

**Message:**

Dana,

Please find attached the documents that you requested. I believe that these documents should be sufficient to show that these individuals authorized the Internal Revenue Service to make these deposits payable to me, as the CEO of the company.

Sincerely yours,

*Gerald Shupe-Roderick* | *Chief Executive Officer*
**RODERICK ERVIN INVESTMENT GROUP, LLC**
*Post Office Box 1653* | *Cheyenne, Wyoming 82003-1653*
*307.635.2214 (Voice)* | *307.635.2483 (Facsimile)* | *877.972.5009 (Toll-Free)*

*NOTICE: THE INFORMATION CONTAINED WITHIN THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL INFORMATION, WHICH IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECEIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY THIS OFFICE IMMEDIATELY.*

**FAXED** MAR 2010 BY:

# EXHIBIT 4

## RODERICK AND MUIR

## VS.

## BANK OF AMERICA, ET AL.

## COPY OF LETTER TO DEFENDANT NUNEZ

## RODERICK

**TORRINGTON OFFICE**
Post Office Box 9998
Torrington, WY 82240-9998
Voice (307) 534-5430
Facsimile (307) 316-0302
E-mail: reig@bresnan.net

**CORPORATE OFFICE**
Post Office Box 1653
Cheyenne, WY 82003-1653
Voice (307) 635-2214
Facsimile (307) 635-2483
E-mail: reig@bresnan.net

**RAWLINS OFFICE**
Post Office Box 1064
Rawlins, WY 82301-1064
Voice (307) 324-8828
Facsimile (307) 324-8496
E-mail: reig@bresnan.net

**UTAH OFFICE**
2186 West 3100 South, Suite 9
West Valley City, UT 84119
Voice (801) 972-5009
Facsimile (801) 972-1859
E-mail: reig@bresnan.net

*\*Reply to Utah Office*

March 30, 2010

Anna Nunez, Assistant Vice President
Bank of America, N.A.
605 Idaho Street
Elko, NV 89801-3821

*SENT VIA FACSIMILE AND
HARD COPY TO FOLLOW IN
UNITED STATES MAIL*

> **RE:**   Account Number 229034774756
> Final Notice

Dear Ms. Nunez:

This letter is being sent to you regarding my account, account number 229034774756. This notice shall serve as my formal written notice regarding my intent to file a lawsuit against you personally and all involved Bank of America Employee's.

The issue began on February 24, 2010 at which time I opened an account with Bank of America, NA, over the telephone. This account was initially approved by the telephone operator at Bank of America and I was issued a bank identification number and checks were ordered by Bank of America. The account number was provided to the Internal Revenue Service for IRS deposits on February 25, 2010.

On February 26, 2010 the Risk Management Department of Bank of America closed my account. On March 03, 2010, I received a written letter from Bank of America that indicated my account had been closed, but did not state what the reason was. It was later determined through a telephone conversation with Bank of America that the account was in fact closed due to a ChexSystem report.

On March 26, 2010 the Internal Revenue Service deposited two tax returns electronically. One return was in the amount of $5,107.00 for Arthur J. Muir, who provided written authorization to the Internal Revenue Service to deposit said amount into my account. A copy of this authorization and tax return is attached hereto. The second deposit was in the amount of $68.96 for Jonathan Roderick, who provided written authorization to the Internal Revenue Service to deposit said amount into my account.

On March 26, 2010, I contacted Bank of America and was told by Risk Management staff that the funds would be available to be withdrawn at *any Bank of America branch* on March 29,

2010 with two forms of valid identification. Therefore, on March 29, 2010, I again called Bank of America and was advised by Risk Management that the funds were in fact available and that if I drove to the nearest branch location, I would be given a Cashier's Check for the balance of the account.

On March 29, 2010, I drove the three hundred miles from Salt Lake City, Utah to Elko, Nevada to retrieve the funds. Upon arriving at your banking center, you told me that you would need to call the Risk Management Office. You called that office and after a brief conversation, you disconnected the call and advised me that I would need to come back to the bank in the morning on March 30, 2010. I specifically asked you if I were to come back in the morning, would the funds be available. You stated that the account would be unfroze and that the funds would be released to me.

On March 30, 2010 at or about 9:00 a.m., Pacific Standard Time, I called your office and was advised that you would be in "meetings all day." I was then transferred to a "Dana" who attempted to assist me. She requested that I fax her copies of the notarized authorizations from Mr. Muir and Mr. Roderick and she further stated that those authorizations would be sufficient. At or about 4:30 p.m. on March 30, 2010, you called me and stated that there was "no way I can authorize the release of funds."

Bank of America, its employees (you and others) and agents (Risk Management Staff), have illegally withheld these funds. Bank of America is unauthorized to do so and at no time was any authorization or permission, verbal or otherwise, given to Bank of America to freeze these funds. No fraud or criminal activity is present and all proper documentation has been provided to ensure that I am entitled to receive said funds. Bank of America has committed a criminal act in withholding these funds and the matter has been referred to the Elko Police Department for possible criminal action.

In addition, if these funds are not released to me by 12:00 noon, Pacific Standard Time, on March 31, 2010, a lawsuit will be filed in the United States District Court for the District of Utah claiming the amount of the deposits, plus collection expenses and all other legally permissible damages claims. THIS SHALL BE A FORMAL NOTICE OF INTENT TO FILE SUIT for the improper and illegal handling of my funds.

If you have any questions or concerns, please do not hesitate to contact me. I thank you in advance for your anticipated cooperation.

Sincerely yours,

Gerald D. Shupe-Roderick
Chief Executive Officer
Utah Field Office

Enclosures

cc:     Arthur J. Muir
        Jonathan L. Roderick
        File